■ In the Matter of RICHARD FOX, Appellant, v CITY UNIVERSITY OF NEW YORK CIVIL SERVICE COMMISSION et al., Respondents.—Judgment, Supreme Court, New York County (Clifford Scott, J.), entered on August 27, 1990, unanimously affirmed for the reasons stated by Clifford Scott, J., without costs. No opinion. Concur—Carro, J. P., Milonas, Ellerin, Wallach and Ross, JJ.